**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-28536-DRC |
| | § | |
| MARY G FELLMER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 8/23/2013, at 9:30 A.M. in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/12/2013               By:   /s/ David E. Grochocinski
                                                 (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-28536-DRC |
| | § | |
| MARY G FELLMER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $160,000.00
*and approved disbursements of*     $118,692.93
*leaving a balance on hand of[1]:*     $41,307.07

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $41,307.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $10,500.00 | $0.00 | $10,500.00 |
| David E. Grochocinski, Trustee Expenses | $559.96 | $0.00 | $559.96 |
| InnovaLaw, PC, Attorney for Trustee Fees | $3,112.50 | $0.00 | $3,112.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $39.20 | $0.00 | $39.20 |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $1,981.00 | $0.00 | $1,981.00 |

Total to be paid for chapter 7 administrative expenses:     $16,192.66
Remaining balance:     $25,114.41

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $25,114.41 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $25,114.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,692.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | $1,740.26 | $0.00 | $1,740.26 |
| 2 | Quantum3 Group LLC as agent for | $310.42 | $0.00 | $310.42 |
| 3 | Capital One, N.A. | $1,921.38 | $0.00 | $1,921.38 |
| 5 | Portfolio Recovery Associates, LLC | $4,856.04 | $0.00 | $4,856.04 |
| 6 | Portfolio Investments II LLC | $864.46 | $0.00 | $864.46 |

| | Total to be paid to timely general unsecured claims: | $9,692.56 |
|---|---|---|
| | Remaining balance: | $15,421.85 |

Tardily filed claims of general (unsecured) creditors totaling $20,086.92 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 76.8 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim | Claimant | Allowed Amt. | Interim | Proposed |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| No. | | of Claim | Payments to Date | Amount |
|---|---|---:|---:|---:|
| 7 | Chase Bank USA, N.A. | $4,049.42 | $0.00 | $3,108.97 |
| 8 | Chase Bank USA, N.A. | $16,037.50 | $0.00 | $12,312.88 |

Total to be paid to tardily filed general unsecured claims: $15,421.85
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 12-28536-DRC
Mary G Fellmer                                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko              Page 1 of 2            Date Rcvd: Jul 15, 2013
                              Form ID: pdf006             Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2013.
db           #+Mary G Fellmer,    433 Blackhawk Drive,    Carol Stream, IL 60188-1735
19166451     +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
19166452      Bk Of Amer,   De5-019-03-07,    Newark, DE 19714
19166453     +Cap1/Carsn,   Po Box 5253,    Carol Stream, IL 60197-5253
19881389      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19166454     +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
20690335     +Chase Bank USA, N.A.,    c/o Kevin C. Driscoll, Jr.,,   Barnes & Thornburg LLP,,
               1 N. Wacker Drive, Suite 4400,,    Chicago, IL 60606-2841
19166456     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
19904419      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,   Greensboro, NC 27410
19166459      Macysdsnb,   911 Duke Blvd,    Mason, OH 45040
20082180     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    successor to US BANK N.A. ND,
               by PRA Receivables Management LLC,    PO Box 41067,   Norfolk, VA 23541)
19166460     +Sears/Cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
19166461     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,    Cb Disputes Po Box 108,    Saint Louis, MO 63166)
19166462     +Wfnnb/Brylane Home,    Po Box 182789,   Columbus, OH 43218-2789
19166463     +Wfnnb/The Avenue,    Po Box 182789,   Columbus, OH 43218-2789
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19166457     +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2013 01:10:59     Gecrb/Jcp,   Po Box 965005,
               Orlando, FL 32896-5005
19166458      E-mail/Text: bnckohlsnotices@becket-lee.com Jul 16 2013 00:58:27     Kohls/Cap1,   Po Box 3115,
               Milwaukee, WI 53201-3115
19752092     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 16 2013 00:57:35
               PYOD, LLC its successors and assigns as assignee,    of Citibank,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
20095499      E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2013 01:12:24     Portfolio Investments II LLC,
               c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, Florida 33131-1605
19815556      E-mail/Text: bnc-quantum@quantum3group.com Jul 16 2013 01:03:18
               Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19166455*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2013                    Signature:    _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko              Page 2 of 2              Date Rcvd: Jul 15, 2013
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2013 at the address(es) listed below:
          Ariane  Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    on behalf of Accountant Alan  Horewitch dgrochocinski@innovalaw.com,
           deg@trustesolutions.net
          David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
          Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Susan E Lesus    on behalf of Debtor Mary G Fellmer slesuslaw@sbcglobal.net
                                                                                           TOTAL: 7