UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 12-28536-DRC
 §
MARY G FELLMER §
 §
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $0.00 | Assets Exempt: | $19,758.46 |
| Total Distributions to Claimants: | $113,222.14 | Claims Discharged Without Payment: | $4,665.07 |
| Total Expenses of Administration: | $31,777.86 | | |

3) Total gross receipts of $160,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $145,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $88,107.73 | $88,107.73 | $88,107.73 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $31,777.86 | $31,777.86 | $31,777.86 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $29,779.48 | $29,779.48 | $25,114.41 |
| **Total Disbursements** | NA | $149,665.07 | $149,665.07 | $145,000.00 |

4). This case was originally filed under chapter 7 on 07/18/2012. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/15/2013    By:  /s/ David E. Grochocinski
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 433 Blackhawk Drive, Carol Stream, IL 60199 | 1110-000 | $160,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$160,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| MARY G FELMER | Exemptions | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA | 4110-000 | NA | $88,107.73 | $88,107.73 | $88,107.73 |
| **TOTAL SECURED CLAIMS** | | | NA | $88,107.73 | $88,107.73 | $88,107.73 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $10,500.00 | $10,500.00 | $10,500.00 |
| David E. Grochocinski, Trustee | 2200-000 | NA | $559.96 | $559.96 | $559.96 |
| ASSOCIATED SURVEY GROUP | 2500-000 | NA | $400.00 | $400.00 | $400.00 |
| CHICAGO TITLE/CLOSING COSTS | 2500-000 | NA | $1,458.00 | $1,458.00 | $1,458.00 |
| Green Bank | 2600-000 | NA | $265.52 | $265.52 | $265.52 |
| 2012 REAL ESTATE TAXES | 2820-000 | NA | $4,062.76 | $4,062.76 | $4,062.76 |
| COUNTY TAXES | 2820-000 | NA | $634.46 | $634.46 | $634.46 |
| TRANSFER STAMPS | 2820-000 | NA | $240.00 | $240.00 | $240.00 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $3,112.50 | $3,112.50 | $3,112.50 |
| InnovaLaw, PC, | 3120-000 | NA | $39.20 | $39.20 | $39.20 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee | | | | | |
| Scott Horewitch Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $1,981.00 | $1,981.00 | $1,981.00 |
| CENTURY 21 PRO TEAM, Realtor for Trustee | 3510-000 | NA | $8,000.00 | $8,000.00 | $8,000.00 |
| EXPENSES/KIM WIRTZ, Realtor for Trustee | 3520-000 | NA | $524.46 | $524.46 | $524.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $31,777.86 | $31,777.86 | $31,777.86 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | NA | $1,740.26 | $1,740.26 | $1,740.26 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | NA | $310.42 | $310.42 | $310.42 |
| 3 | Capital One, N.A. | 7100-000 | NA | $1,921.38 | $1,921.38 | $1,921.38 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | NA | $4,856.04 | $4,856.04 | $4,856.04 |
| 6 | Portfolio Investments II LLC | 7100-000 | NA | $864.46 | $864.46 | $864.46 |
| 7 | Chase Bank USA, N.A. | 7200-000 | NA | $4,049.42 | $4,049.42 | $3,108.97 |
| 8 | Chase Bank USA, N.A. | 7200-000 | NA | $16,037.50 | $16,037.50 | $12,312.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $29,779.48 | $29,779.48 | $25,114.41 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 12-28536-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | FELLMER, MARY G | Date Filed (f) or Converted (c): | 07/18/2012 (f) |
| For the Period Ending: | 12/15/2013 | §341(a) Meeting Date: | 10/09/2012 |
| | | Claims Bar Date: | 02/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  433 Blackhawk Drive, Carol Stream, IL 60199 | $158,000.00 | $57,447.00 | | $160,000.00 | FA |
| 2  West Suburban Bank xxx8127 | $48.65 | $0.00 | | $0.00 | FA |
| 3  Chase Bank Account xxx0523 | $10.81 | $0.00 | | $0.00 | FA |
| 4  Household Goods and furnishings | $750.00 | $0.00 | | $0.00 | FA |
| 5  Clothing for adult female | $1,000.00 | $0.00 | | $0.00 | FA |
| 6  2001 Cadillac Seville 12,0806 miles | $1,845.00 | $0.00 | | $0.00 | FA |
| 7  1996 Ford Ranger Fair condition- 122,227 miles | $1,104.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Assets**

$162,758.46    $57,447.00    $160,000.00    $0.00

**Major Activities affecting case closing:**
Preparing final report

**Initial Projected Date Of Final Report (TFR):**        **Current Projected Date Of Final Report (TFR):**    06/30/2014    /s/ DAVID E. GROCHOCINSKI
                                                                                                              DAVID E. GROCHOCINSKI

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-28536-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | FELLMER, MARY G | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7972 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 02/27/2013 | | MARY FELLMER | | * | $41,572.59 | | $41,572.59 |
| | {1} | | SALE OF REAL ESTATE    $160,000.00 | 1110-000 | | | $41,572.59 |
| | | | BANK OF AMERICA    $(88,107.73) | 4110-000 | | | $41,572.59 |
| | | | 2012 REAL ESTATE TAXES    $(4,062.76) | 2820-000 | | | $41,572.59 |
| | | | CENTURY 21 PRO TEAM    $(8,000.00) | 3510-000 | | | $41,572.59 |
| | | | MARY G FELMER    $(15,000.00) | 8100-002 | | | $41,572.59 |
| | | | EXPENSES/KIM WIRTZ    $(524.46) | 3520-000 | | | $41,572.59 |
| | | | ASSOCIATED SURVEY GROUP    $(400.00) | 2500-000 | | | $41,572.59 |
| | | | TRANSFER STAMPS    $(240.00) | 2820-000 | | | $41,572.59 |
| | | | COUNTY TAXES    $(634.46) | 2820-000 | | | $41,572.59 |
| | | | CHICAGO TITLE/CLOSING COSTS    $(1,458.00) | 2500-000 | | | $41,572.59 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.16 | $41,570.43 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $67.08 | $41,503.35 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $64.81 | $41,438.54 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $71.18 | $41,367.36 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $60.29 | $41,307.07 |
| 08/23/2013 | 3001 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $10,500.00 | $30,807.07 |
| 08/23/2013 | 3002 | David E. Grochocinski | Trustee Expenses | 2200-000 | | $559.96 | $30,247.11 |
| 08/23/2013 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $3,112.50 | $27,134.61 |
| 08/23/2013 | 3004 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $39.20 | $27,095.41 |
| 08/23/2013 | 3005 | Scott Horewitch Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | $1,981.00 | $25,114.41 |
| 08/23/2013 | 3006 | PYOD, LLC its successors and assigns as assignee | Distribution on Claim #: 1; | 7100-000 | | $1,740.26 | $23,374.15 |
| 08/23/2013 | 3007 | Quantum3 Group LLC as agent for | Distribution on Claim #: 2; | 7100-000 | | $310.42 | $23,063.73 |
| 08/23/2013 | 3008 | Capital One, N.A. | Distribution on Claim #: 3; | 7100-000 | | $1,921.38 | $21,142.35 |
| 08/23/2013 | 3009 | Portfolio Recovery Associates, LLC | Distribution on Claim #: 5; | 7100-000 | | $4,856.04 | $16,286.31 |
| 08/23/2013 | 3010 | Portfolio Investments II LLC | Distribution on Claim #: 6; | 7100-000 | | $864.46 | $15,421.85 |
| 08/23/2013 | 3011 | Chase Bank USA, N.A. | Distribution on Claim #: 7; | 7200-000 | | $3,108.97 | $12,312.88 |
| 08/23/2013 | 3012 | Chase Bank USA, N.A. | Distribution on Claim #: 8; | 7200-000 | | $12,312.88 | $0.00 |
| | | | | **SUBTOTALS** | $41,572.59 | $41,572.59 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-28536-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | FELLMER, MARY G | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7972 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $41,572.59 | $41,572.59 | $0.00 |
| | | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | | **Subtotal** | $41,572.59 | $41,572.59 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $41,572.59 | $41,572.59 | |

**For the period of 7/18/2012 to 12/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $160,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $160,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $145,000.00 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $160,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/28/2013 to 12/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $160,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $160,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $145,000.00 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $160,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-28536-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | FELLMER, MARY G | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7972 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $41,572.59 | $41,572.59 | $0.00 |

**For the period of 7/18/2012 to 12/15/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $160,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $160,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $145,000.00 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $160,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/18/2012 to 12/15/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $160,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $160,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $145,000.00 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $160,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |